52,553-06

Cause No: _____

IN The Court Of Criminal Appeals
of Texas

x x x x x x x x x x x x x x x x

ExParte: John David Kolberg

x x x x x x x x x x x x x x x x

Writ of Mandamus

x x x x x x x x x x x x x x x

=====================================

From the 25th Judicial District Court of Guadalupe
County, Texas, in Cause No: 01-1045-CR

=====================================

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

John David Kolberg #139681
Mark W. Stiles
3060 FM 3514
Beaumont, TX 77705-7635

PRO-SE Litigant

Cause No: _____

# IN THE COURT CRIMINAL APPEALS
## OF TEXAS

Ex Parte :

John David Kolberg
TDCJ NO: 1139681
    (Relator)

x IN THE 25th Judicial
x
x District Court Of
x
x Guadalupe County, TX

## Plaintiffs Original Application
## For Writ Of Mandamus

To the Honorable Judge, Justices of said Court:

Comes Now, John Kolberg, Relator, pro se in the above styled and numbered cause, of Action, files this "Original Application For Writ of Mandamus", pursuant to TX. Code of Criminal Procedure Article 11.07 section 3 (c)

Wherefore, Relator will show:

### 1.

### Jurisdiction

Relator, contends that this Honorable Court has jurisdiction to visit this Application for Writ of Mandamus pursuant to, TX.C. Crim Proc. Article(s) 11.05; 11.07 entire seq., to Compel the 25th Judicial Dist. Court to file factfindings and Conclusion of Law on Relators Appli-

(1).

cation for an 11:07 Writ of Habeas Corpus, pursuant to 28 USCA § 1361.

## II.

## Statement of Case

Relator contends that he has attempted every available means to resolve a time dispute resolution claim on jail time credits by:

A) On ___?___ filed CL-147-Time dispute Resolution form, to BOT Warehouse, Huntsville TX, Classification and Records Division

B) On 6-29-2010 Filed "Nunc Pro Tunc" Motion to the 25th Judicial District Court of Guadalupe County TX, on Jail time credit disputes

C) On 9-21-2010 Filed another CL-147-Time Dispute Resolution to Classification & Records, in Huntsville TX, because of no Response to the first CL-147 filed.

D) On 9-30-2010 filed additional CL-147-Time Dispute Resolution, on all my additional charges.

E) On 10-12-2010 Filed 11:07 Writ of Habeas Corpus with the 25th Judicial Dist. Court of Guadalupe County TX, because, said Court failed to answer "Nunc Pro Tunc" Motion

F) On 1-3-2014 sent Letter to Clerk of Courts for the 25th Judicial Dist. Court to correct all my Jail time credits awarded by the Dist. Court Judge

G) On 2-2-14 sent Letter to Federal Marshals, concering

(2)

Jail time credits while I was in their custody

H) ON 5-9-14 LETTER RETURNED FROM Federal Marshalls Stating that there is "NO FORWARDING ADDRESS.

## III

## Statement of Facts

Relator contends that HE WAS ARRESTED ON 12-20-2000 at his RESIDENCE located at 1029 Valley Forge, Schertz, TX 78154 by the Schertz Police Department. SEE: Exhibit "A"

Then the following chain of custody events transpired:

A) ON 12-20-2000 was transferred from Schertz Co. Jail to Guadalupe Co. Jail for approximately 6 months to a year.

B) Then Relator was transferred to Bexar Co. Jail for approximately ~~xxxxxxxx~~ 60 days

C) Then Relator was transferred to the old Bexar Co. Jail called Wakenhut Federal Holding facility for Approx. 2-3

D) Relatory was then transferred to J.B. Smith County Jail for approx. 4 months to attend Court for possession of a firearm.

E) From there Relator was transferred to a Federal Joint in Oklahoma City, Oklahoma to RECIEVE Relators Federal ID Number for Approx. 7-10 days.

F) Then Relator was transferred to Seagouille Unit, Federal facility awaiting transfer to TDCJ for about 2 days.

(3)

G) Relator was transferred to TDCJ on 1-10-2003

## IV.

## Arguments

Relator contends that He has made every attempt possible thru TDCJ and the 25th Judicial District Court of Guadalupe County TX. to receive his awarded Jail time Credits from the time of his arrest until his sentencing date: See; Herein Statement of Case pgs 2-3, and Both TDCJ and the district Court has failed to address this issue along with failing to respond to Relators; Nunc Pro tunc or Realators 11.07 Writ of Habeas Corpus since 2010.

Code of Criminal proceedures clearly state that the district Court has 20 days to file fact-finding & Conclusions of Law & the district Court Clerk has 30 days in which to file all pleadings to the Court of Criminal Appeals. CCP Article 11.07 section (c), Whereas, warranting Writ of Mandamus. Exparte Ybarra 149 Sw3d 147 (TX. CR. App 2004)

Relator Contends that he was arrested on 12-20-2000 See: Exhibit A

Relator was awarded any & all time spent in Custody Either in Guadalupe County for these offenses or any jurisdiction & detainers and hold that had been placed upon Relator for these offenses. See: Exhibit "B"-Judgement & Sentencing Report & Exhibit "C"-Trial Transcript

Relator next Contends that his TDCJ-ID time slip shows credit only from 4-20-2001. See: Exhibit D instead of from 12-20-2000 at the time of his arrest, in which is 4 months short of Jail time Credit awarded.

(4)

Relator next contends that he has NEVER RECEIVED a white card from the Court of Criminal Appeals veriting the District Court Clerks ministerial duty to submit said pleading to this Honorable Court within the prescribed period. SEE: Court of Criminal Appeals docket sheet on said Cause No:

## V.

## PRAYER FOR RELIEF

Wherefore, premises considered, Relator prays this Honorable Court to order the 25th Judicial District Court of Guadalupe County to file responsive pleading to Relators Nunc Pro Tunc Motion and his 11:07 Writ of Habeas Corpus within a prescribe period of time by this Court, and to order the Clerk of Courts for the 25th Judicial District Court to perform her ministerial Duties pursuant to C.C.P. 11:07 (c)

HE So humbly prays

(5)

## Certificate of Service

This is to certify that a true and correct copy of Relators "Writ of Mandamus" has been mailed via, U.S. Postal Service, 1st class mail to:

Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, TX 78711

on this 19th day of May 2015

_John David Kolberg_
John David Kolberg 139681
Mark W. Stiles
3060 FM 3514
Beaumont, TX 77705-7635

Pro-Se Litigant